EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2026 TSPR 23 |
|---|---|
| Rafael H. Román Jiménez | 217 DPR ___ |

Número del Caso:  TS-9,606


Fecha:  6 de marzo de 2026


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael H. Román Jiménez

TS-9,606

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de marzo de 2026.

Evaluada la *Moción en cumplimiento de orden y sometiendo documento* presentada por el Lcdo. Rafael H. Román Jiménez, se reinstala al peticionario al ejercicio de la notaría. Se aprueba la fianza notarial otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 24 de febrero de 2026, para garantizar las funciones notariales del licenciado Román Jiménez.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283j) y copia certificada de esta Resolución a dicho funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario.

Se ordena al licenciado Román Jiménez que recoja la obra protocolar depositada y custodiada en el Archivo Notarial del Distrito Notarial de San Juan, así como su sello notarial en custodia de la ODIN.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


                    Javier O. Sepúlveda Rodríguez
                    Secretario del Tribunal Supremo